December, 1824.            Strong's Executors *against* Finch.

A legatee not competent witness for executor so long as his legacy is subject to abatement. JUDGE *Gayle* delivered the opinion of the Court.

On the trial in the Circuit Court, *James A. Torbert*, who was a defendant as executor of *Strong*, was offered as a witness ; being sworn on his *Voire Dire*, he stated that he had married one of the legatees of the testator, and had received his wife's legacy—that he had no interest in the general residuum—that he could not say whether the estate would be sufficient to pay all the debts without abatement of the legacies—that if the debts due to the estate could be collected, the estate would be sufficient to pay the debts. The Circuit Court decided that he was incompetent ; the defendants excepted, and assign this matter here as Error.

The witness had a direct interest in the collection of the debts and in protecting the estate in any action against the executors, Whether the legacy which he had received

should be abated or not, depended on the amount of the demands or judgments against the estate. He was therefore incompetent.

Let the judgment be affirmed.

The Chief Justice having presided in the Court below, did not sit.

*Crawford* and *Hitchcock* for appellants, cited 2 Mun. 49. Phillips' Evidence, 41. 5 John. 256. 1 Hen. and Mun. 154. Peake's Ev. 144.

*Ruffin* for appellee, cited 2 Mun. 452.